FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUL 20 P 12: 57

LORETTA G. WHYTE
CLERK

UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**STEWART WILLIAMS,**
**SHARLETTA SMILEY,**
**TERRANCE W. WILLIAMS,**
**CRYSTAL D. DABNEY**
    *Plaintiffs*

v.

**THE CITY OF NEW ORLEANS,**
**RICHARD J. PENNINGTON,**
**CHARLES FOTI,**
**JOHN DOE, and**
**JOHN DOE, II**
    *Defendant*

Civil Action, File No.: 99-1360
SECT "N"  MAG "4"

## MOTION TO WITHDRAW

Reva Lupin, attorney for the plaintiffs, moves the court for an order withdrawing her appearance as counsel for Stewart Williams, Sharletta Smiley, Terrance W. Williams, and Crystal Dabney, plaintiffs.

### MEMORANDUM IN SUPPORT OF MOTION

1.    Reva Lupin filed the original Complaint and conducted and completed discovery.

2.    Circumstances have subsequently arisen which created a dispute between counsel and the plaintiffs.

3.    This case has been set for trial, no motions are set for the motion docket.

DATE OF ENTRY
JUL 2 5 2000

Fee ___
Process ___
X Dktd ___
CtRmDep ___
Doc.No. 13

1

4. The undersigned hereby certifies that she has personally apprised her clients, Stewart Williams, Sharletta Smiley, Terrance W. Williams, and Crystal Dabney of her intention to withdraw.

5. Successor counsel has not been retained by the clients.

6. This motion and written notice indicating all deadlines and pending court appearances has been mailed by certified mail and first class mail to the clients as follows:

> Mr. Stewart Williams
> 7148 Grey Oaks
> New Orleans, LA 70126
> (Phone 822-1188)
>
> Mr. Terrance Williams
> 3967 Dogwood Farm Rd.
> Decatur, GA 30034
>
> Ms. Sharletta Smiley
> 7132 Boston Drive
> New Orleans, LA
>
> Mr. Crystal Dabney
> 7148 Grey Oaks
> New Orleans, LA 70126

WHEREFORE, Reva Lupin prays the court to grant her motion to withdraw as counsel for Stewart Williams, Sharletta Smiley, Terrance W. Williams, and Crystal Dabney, to allow Stewart Williams, Sharletta Smiley, Terrance W. Williams, and Crystal Dabney a reasonable time in which to find substitute counsel, and to stay all further proceedings in this case during that period of time or until new counsel has entered an appearance.

Respectfully submitted,

*Reva E. Lupin*

Reva E. Lupin, Bar Number 21323
Attorney for the Plaintiffs
3140 Garden Oaks Drive, Suite B
New Orleans, LA 70114
504-361-0040

Preferred Mailing Address:
P.O. Box 8802
Metairie, LA 70011-8802

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 20 day of July, 2000, served a copy of the foregoing pleading to Patrick Bossetta, Assistant City Attorney for the City of New Orleans, by mailing the same by United States mail, properly addressed and certified mail prepaid, and also faxing same to Patrick Bossetta, Assistant City Attorney for the City of New Orleans.

I do hereby certify that I have on this 20 day of July, 2000, served a copy of the foregoing pleading to Freeman R. Matthews, Esq., by mailing the same by United States mail, properly addressed and certified mail prepaid, and also faxing same to Freeman R. Matthews, Esq.

*Reva E. Lupin*

3

UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

STEWART WILLIAMS,
SHARLETTA SMILEY,
TERRANCE W. WILLIAMS,
CRYSTAL D. DABNEY
*Plaintiffs*

v.                                                              Civil Action, File No.: 99-1360
                                                                SECT "N"   MAG "4"

THE CITY OF NEW ORLEANS,
RICHARD J. PENNINGTON,
CHARLES FOTI,
JOHN DOE, and
JOHN DOE, II
*Defendant*

### ORDER

This case is before the court on motion of Reva E. Lupin, Attorney, to withdraw as counsel for Stewart Williams, Sharletta Smiley, Terrance W. Williams, and Crystal D. Dabney. After hearing from counsel, and with no objection from Stewart Williams, Sharletta Smiley, Terrance W. Williams, and Crystal D. Dabney, the court finds that good cause has been shown and that the application should be granted.

IT IS THEREFORE ORDERED that Reva E. Lupin is hereby allowed to withdraw as attorney of record for Stewart Williams, Sharletta Smiley, Terrance W. Williams, and Crystal D. Dabney, and Reva E. Lupin is no longer the attorney of record for Mr. Stewart Williams, 7148 Grey Oaks, New Orleans, LA 70126; Mr. Terrance Williams, 3967 Dogwood Farm Rd., Decatur,

GA 30034; Ms. Sharletta Smiley, 7132 Boston Drive, New Orleans, LA 70127; Mr. Crystal Dabney, 7148 Grey Oaks, New Orleans, LA 70126.

IT IS FURTHER ORDERED that ~~for~~ Stewart Williams, Sharletta Smiley, Terrance W. Williams, and Crystal D. Dabney, shall within __14__ days of this order, either (a) secure an entry of appearance by other counsel, or (b) enter an appearance in their own names without counsel, by filing an entry of appearance with the clerk showing an address where all further papers in this case may be served, and serve such entry of appearance on counsel for all other parties at the following addresses:

Freeman Matthews, Esq.
Attorney for Charles Foti, Sheriff
2800 Veterans Memorial Blvd., Suite 180
Metairie, LA 70002

Patrick Bossetta, Esq.
Assistant City Attorney
City of New Orleans
1300 Perdido Street, 5th Floor East
New Orleans, LA 70112

It is further ordered that upon execution of this order, and until such time as Stewart Williams, Sharletta Smiley, Terrance W. Williams, and Crystal D. Dabney exercise one of these options, ~~all proceedings in this case are stayed, and~~ service of all documents filed in this cause may be accomplished by mailing a copy of such documents to the above-named plaintiffs or by mailing a copy of such documents to Reva E. Lupin. Service of this order shall be made upon Stewart Williams, Sharletta Smiley, Terrance W. Williams, and Crystal D. Dabney by both certified mail and first class mail.

Signed in New Orleans, Louisiana, this __24__ day of __July__, 2000

_____
UNITED STATES DISTRICT JUDGE

2